UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| TIMOTHY LIMBERGER, et al. | * | |
| Appellees | * | |
| v. | * | Case No. 14-1043 |
| MICHAEL CLEARY | * | |
| Appellant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

Appellant, Michael Cleary, by his undersigned attorneys, hereby requests an extension of time in which to file his opening brief and appendix for the following reasons:

1.     The opening brief and appendix are currently due on February 24, 2014.

2.     Appellant's attorney's daughter was recently diagnosed with a serious medical condition, including complications from Crohn's disease and exposure to tuberculosis, which requires the undersigned attorney's full attention at this time.

3.     Appellant's attorney has spoken with Appellees' attorney, Stanford G. Gann, Jr. and he does not object to an extension of time.

4.     Appellant's attorney respectfully requests that the Court grant an extension of time of sixty (60) days in which to file Appellant's brief and appendix, along with a similar extension of time for Appellees to file a responsive brief.

WHEREFORE, Appellant respectfully requests an extension of time of sixty (60) days in which to file Appellant's brief and appendix, along with an extension of time for Appellees to file a responsive brief.

_____/s/_____
Jeffrey M. Kotz
Kotz Law Group
Suite 610
502 Washington Avenue
Towson, Maryland 21204
(410) 339-7100
Facsimile (410) 339-7107
E-Mail: jkotz@kotzlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, a copy of this Motion for Extension of Time to File Opening Brief and Appendix, and the attached proposed Order was electronically served on:

Stanford G. Gann, Jr.
Levin & Gann, PA
8th Floor
Nottingham Centre
502 Washington Avenue
Towson, Maryland 21204

Attorneys for Appellees

_____/s/_____
Jeffrey M. Kotz