FILED: May 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1043
(1:13-cv-01047-WMN)
(08-10319)
(08-00264)

_____

TIMOTHY LIMBERGER; LISA LIMBERGER

      Plaintiffs - Appellees

v.

MICHAEL T. CLEARY

      Defendant - Appellant

and

MONIQUE D. ALMY

      Trustee

_____

O R D E R
_____

The court denies appellant's motion for extension of time to file his opening brief and the joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk