UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TIMOTHY LIMBERGER, et al. | * |
|     Appellees | * |
| v. | *    Case No. 14-1043 |
| MICHAEL CLEARY | * |
|     Appellant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Timothy Limberger and Lisa Limberger, Appellees, by their undersigned attorney, request an extension of time in which to file the opening Brief and the Joint Appendix for the following reasons:

1. The opening Brief and Joint Appendix are currently due on Ma 23, 2014.

2. This case was referred to mediation. On April 17, 2014, the Circuit Mediator, Frank C. Laney, filed a letter with the court declaring an impasse in the settlement talks.

3. Although Appellees completed their designations for the Joint Appendix, counsel for Appellant asked that they be reduced to save copy charges and expenses.

4. Appellees' counsel is revising the designations to comply with Appellant's request to limit the designations for the Joint Appendix, and expects to be completed that task no later than Friday, May 23, 2014, which is the current deadline for the filing of the opening Brief and Joint Appendix.

5. Appellees' counsel has been out of the State and traveling many days in this month of May, including this past Friday, May 16, 2014.

6.      Counsel for all parties spoke on Friday and Appellant's counsel filed a motion for an extension. However, that motion sought more time than was necessary and appeared to reflect a misunderstanding of the conversation between counsel while undersigned counsel was travelling.

7.      This is the first motion Appellees have filed in this case, and they seek a final one-week extension to submit their final designations to Appellant's counsel.

8.      Therefore, Appellees' attorney respectfully requests that the Court grant an extension of one (1) week in which to file Appellant's opening Brief and Joint Appendix, along with a similar extension of time for Appellees to file a responsive brief. This will give the parties necessary time to agree upon the contents of the Joint Appendix.

5.      Appellant's counsel agreed to this request for an extension of time.

WHEREFORE, Appellees respectfully request an extension of time of one (1) week, i.e., until May 30, 2014, in which to file Appellant's Brief and the Joint Appendix, along with an extension of time for Appellees to file their responsive Brief.

_____/s/_____
Stanford G. Gann, Jr.
Levin & Gann, P.A.
502 Washington Avenue, 8th Floor
Towson, Maryland 21204
(410) 321-4645
Facsimile (410) 339-5762
Email: sgannjr@levingann.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, a copy of this Motion for Extension of Time to File Opening Brief and Joint Appendix, and the attached proposed Order was electronically

served on:

Jeffrey M. Kotz
Kotz Law Group
Suite 610, Nottingham Centre
502 Washington Avenue
Towson, Maryland 21204
Attorney for Appellant

_____/s/_____
Stanford G. Gann, Jr.