FILED: May 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1043
(1:13-cv-01047-WMN)
(08-10319)
(08-00264)

_____

TIMOTHY LIMBERGER; LISA LIMBERGER

      Plaintiffs - Appellees

v.

MICHAEL T. CLEARY

      Defendant - Appellant

and

MONIQUE D. ALMY

      Trustee

_____

O R D E R

_____

The court grants an extension of the briefing schedule. No further request for an extension of time in which to file the opening brief and joint appendix shall be granted. The briefing schedule is extended as follows:

Appendix due: 06/03/2014

Opening brief due: 06/03/2014

Response brief due: 07/08/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk